IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 19 C 6006 |
| NERI CONTRACTORS AND EXCAVATORS, INC., an Illinois corporation, | ) ) ) ) | JUDGE MARY M. ROWLAND |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, NERI CONTRACTORS AND EXCAVATORS, INC., an Illinois corporation, in the total amount of $21,693.34, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,965.50.

On September 17, 2019, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lyne Arquilla, an employee authorized to accept service) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 8, 2019. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of October 2019:

       Mr. Ronald W. Magee, Registered Agent
       Neri Contractors and Excavators, Inc.
       20856 N. Rand Road
       Kildeer, IL   60010-3707

       Ms. Gail J. Kimmey, Secretary
       Neri Contractors and Excavators, Inc.
       1326 Industrial Drive
       Lake in the Hills, IL   60156-1502

       /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Neri Contractors\#28669\motion for default and judgment.cmc.df.wpd