IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 19 C 6006 |
| NERI CONTRACTORS AND EXCAVATORS, INC., an Illinois corporation, | ) ) ) ) | JUDGE MARY M. ROWLAND |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
JUDGMENT AND FOR AN ORDER DIRECTING
<u>DEFENDANT TO OBTAIN A WAGE AND WELFARE BOND</u>**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, NERI CONTRACTORS AND EXCAVATORS, INC., an Illinois corporation, in the total amount of $24,026.76, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $6,444.50.

Further, Plaintiffs move for an order directing Defendant, NERI CONTRACTORS AND EXCAVATORS, INC., an Illinois corporation, to obtain and furnish to the Plaintiffs a wage and welfare bond, irrevocable letter of credit or cash bond in the amount of $10,000, which has been determined by the Plaintiffs to be consistent with the anticipated future obligations of the Defendant, with reputable surety thereon and the Plaintiffs named as obligees thereunder.

On September 17, 2019, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lyne Arquilla, an employee authorized to accept service) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).

Therefore, Defendant's answer was due on October 8, 2019. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Neri Contractors\#28669\motion for default and judgment 7-9-20.cmc.df.wpd

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>5:00 p.m.</u>, this <u>14th</u> day of <u>July 2020</u>, she electronically filed the foregoing document (Motion for Entry of Default and Judgment and for an Order) with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participants:

> Todd A. Miller
> Kathleen M. Cahill
> Megan M. Moore
> Allocco, Miller & Cahill, P.C.
> 20 N. Wacker Drive, Suite 3517
> Chicago, IL 60606-2806
> tam@alloccomiller.com
> kmc@alloccomiller.com
> mmm@alloccomiller.com

                          /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Neri Contractors\#28669\motion for default and judgment 7-9-20.cmc.df.wpd